## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Taquann Rashea Morrison,                )  | Civil Action No.: 9:13-1945-MGL |
|                                         )  | |
|                            Plaintiff,   )  | |
|                                         )  | |
|           v.                            )  | |
|                                         )  | **ORDER** |
|                                         )  | |
| Orangeburg County Court House, *et al.*,)  | |
|                                         )  | |
|                            Defendants.  )  | |
| _____ )  | |

Plaintiff Taquann Rashea Morrison ("Plaintiff"), proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. (Doc. # 1). In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B), D.S.C., this matter was referred to United States Magistrate Judge Bristow Marchant for pre-trial handling and a Report and Recommendation ("Report"). The Magistrate Judge issued a Report on August 27, 2013, recommending that the Court dismiss Plaintiff's Complaint *without prejudice* and without issuance and service of process pursuant to the 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A. (Doc. # 10). The Plaintiff filed an Objection, (Doc. #12), that does not meaningfully rebut the Magistrate Judge's legal grounds for recommending dismissal.

In conducting its review, the Court applies the following standard:

> The magistrate judge makes only a recommendation to the Court, to which any party may file written objections...The Court is not bound by the recommendation of the magistrate judge but, instead, retains responsibility for the final determination. The Court is required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the Report and Recommendation to which no objections are addressed. While the level of scrutiny entailed by the Court's review of the Report thus depends on whether or not objections have been filed, in either case, the

Court is free, after review, to accept, reject, or modify any of the magistrate judge's findings or recommendations.

Wallace v. Housing Auth. of the City of Columbia, 791 F. Supp. 137, 138 (D.S.C. 1992) (citations omitted).

In light of the standard set forth in Wallace, the Court has reviewed, de novo, the Report and the Objection. After careful review of the Report and Objection thereto, the Court hereby **ACCEPTS** the Report. (Doc. # 10). Plaintiff's Complaint in the above-captioned case is hereby **DISMISSED** *without prejudice* and without issuance and service of process.

    **IT IS SO ORDERED**.

    s/Mary G. Lewis
    United States District Judge

November 22, 2013
Spartanburg, South Carolina